Entered: September 14th, 2023
Signed: September 14th, 2023

**SO ORDERED**

For the reasons stated on the record at a hearing held on September 14, 2023.



*Maria Ellena Chavez-Ruark*

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| CHRISTOPHER JOHN CAHILL | * | Case No: 22-16740-MCR |
| Debtor | * | (Chapter 7) |
| * * * * * * | * * * * * * | |
| ROBERT LABELLE and MICHELLE LABELLE | * | |
| | * | |
| Plaintiffs | * | |
| v. | * | Adv. Proc. No: 23-00098-MCR |
| CHRISTOPHER JOHN CAHILL | * | |
| Defendant | * | |
| * * * * * * | * * * * * * | |

CONSENT ORDER GRANTING CONSENT MOTION FOR
APPROVAL OF SETTLEMENT AGREEMENT BETWEEN ROBERT
LABELLE AND MICHELLE LABELLE AND CHRISTOPHER JOHN CAHILL

Upon consideration of the Consent Motion for Approval of Settlement Agreement between Robert LaBelle and Michelle LaBelle and Christopher John Cahill (the "Motion")[1] filed

---

[1] Capitalized terms used herein but not defined shall have the meaning ascribed to them in the Motion.

by Robert LaBelle and Michelle LaBelle, (the"LaBelles") adequate and proper notice having been provided to all parties entitled thereto under the circumstances, and the Court, having considered all factors bearing on the wisdom of the compromise, finding good cause to grant the relief requested, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

1. That the Motion is GRANTED.

2. That Debtor Christopher John Cahill ("Debtor") is authorized to enter into the settlement and compromise with the LaBelles as contemplated in the Motion.

3. That the Objection of Patrick McCusker ("Mr. McCusker") to the Motion is withdrawn, by Mr. McCusker, in consideration for which (a) the Debtor shall make the following payments from non-estate assets to Mr. McCusker in full and complete satisfaction of any non-dischargeable obligations of the Debtor to Mr. McCusker (except that nothing herein shall reduce Mr. McCusker's claims against the estate of the Debtor, or the estate of CJ Cahill Design Build Inc., to which the Debtor has agreed not to object): $5,000.00 within three business days of entry of this Order; $5,000.00 by October 31, 2023, and $5,000.00 by November 30, 2023 and (b) the LaBelles agree that they will pay $3,000.00 of their settlement proceeds paid under the settlement with the Debtor to Mr. McCusker, via attorney check c/o Lawrence Katz, on the later of five (5) days after Court approval of this settlement or after the receipt of the balance of the settlement from the Debtor.

4. That the Debtor's obligation to pay the sums due under this settlement to the LaBelles, along with any penalty owed to the Labelles for any late payment under the settlement agreement, and the Debtor's obligation to pay the sums due to Mr. McCusker pursuant to paragraph 3 of this Consent Order, as an approved compromise and settlement, are hereby deemed non- dischargeable under applicable bankruptcy law.

5. That by entering into this settlement and compromise, no party is admitting to any liability whatsoever with respect to the Adversary Proceeding.

6. Upon entry of this Order, the above-captioned Adversary Proceeding shall be deemed dismissed.

CONSENTED TO:

| | |
|---|---|
| /s/ *Paul Sweeney* | /s/ *Justin P. Fasano* |
| Paul Sweeney, 07072 | Justin P. Fasano, 28659 |
| YVS Law, LLC | McNamee Hosea, P.A. |
| 11825 West Market Place, Suite 200 | 6404 Ivy Lane, Suite 820 |
| Fulton, Maryland 20759 | Greenbelt, Maryland 20770 |
| (443) 569-5972 | (301) 441-2420 |
| psweeney@yvslaw.com | jfasano@mhlawyers.com |
| Counsel for Plaintiffs Robert LaBelle and Michelle LaBelle | Counsel for Defendant Christopher John Cahill |

/s/ *Lawrence Katz*
Lawrence A. Katz (MD Bar No. 02526)
Hirschler Fleischer
1676 International Drive
Suite 1350
Tysons Corner, Virginia 22102
Email: lkatz@hirschlerlaw.com
Telephone (703) 584-8362
Facsimile (703) 584-8901
*Counsel to Patrick McCusker*

   I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

                   /s/ *Justin Fasano*
                   Justin Fasano

cc: Paul Sweeney, Esquire
   YVS Law, LLC
   11825 West Market Place, Suite 200
   Fulton, Maryland 20759

   Justin P. Fasano, Esquire
   McNamee Hosea, P.A.
   6404 Ivy Lane, Suite 820
   Greenbelt, Maryland 20770

   US Trustee – Greenbelt
   6305 Ivy Lane, Suite 600
   Greenbelt, Maryland 20770

**END OF ORDER**